FLOYD J. HICKS ET AL. *v.* FARMINGTON DEVELOPMENT
COMPANY, INC., ET AL.

The plaintiffs' motion to dismiss the appeal from
the Superior Court in Hartford County is granted.

*Edward H. Smith,* for the appellees (plaintiffs).

*James W. Sherman,* for the appellants (defendants).

Argued October 5—decided October 5, 1976

STATE OF CONNECTICUT *v.* WILLIAM L. WOODWORTH,
ADMINISTRATOR

The defendant's motion to dismiss the appeal
from the Superior Court in Hartford County is
granted.

*Joseph P. Kenny,* for the appellee (defendant).

*Francis J. MacGregor,* assistant attorney general,
for the appellant (state).

Argued October 5—decided October 5, 1976

COBRA CONSTRUCTION, INC. *v.* TOWN OF ENFIELD

The plaintiff's motion to dismiss the appeal from
the Superior Court in Hartford County is denied.

*James J. Gadarowski,* for the appellee (plaintiff).

*John D. Adams,* for the appellant (defendant).